UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BREEANNA MANKEY** ) | Case Number 08-cv-3318 |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL COMPLAINT |
| ) | |
| **ALLSTATE FINANCIAL SERVICES** ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant ) | |
| ) | |
| ) | |

### STIPULATION TO DISMISS WITH PREJUDICE

The parties have settled their differences and request that this Honorable Court dismiss this case with prejudice.

Respectfully submitted,

THE VASSALLO LAW FIRM, P.C.

Date: 2/25/09    BY: _____
Carol L Vassallo #17422
26 Newton Street
Woodbury, NJ 08096
866-585-2238 (toll free)
856-812-0180 (office)
856-812-0638 (fax)
Attorney for Plaintiff